**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-KA-1114

State Of Louisiana

- - Versus - -

Jacob Fay Luke

32nd Judicial District Court
Case #: 794927
Terrebonne Parish

On Application for Rehearing filed on 05/31/2023 by Jacob Fay Luke

Rehearing ___Denied_____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris Hester

Date ___JUN 1 4 2023_____

_____
Rodd Naquin, Clerk